# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JEROME ALLEN BARGO                                                                                   PLAINTIFF
ADC #75423

V.                                       NO: 5:13CV00191 SWW/HDY

RAY HOBBS *et al.*                                                                                   DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's claims against the John Doe Defendants are DISMISSED WITHOUT PREJUDICE, and the Does are removed as party Defendants.

DATED this 19th day of December, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE