**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JEROME ALLEN BARGO                                                                               PLAINTIFF
ADC #75423

V.                                            NO: 5:13CV00191 SWW

RAY HOBBS *et al.*                                                                                  DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendants' motion for summary judgment (docket entry #35) is GRANTED and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

2. All other pending motions are denied.

DATED this 17th day of June, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE