**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JEROME ALLEN BARGO                                                                           PLAINTIFF
ADC #75423

V.                                          NO: 5:13CV00191 SWW

RAY HOBBS *et al.*                                                                           DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied.

DATED this 17th day of June, 2014.

                                            /s/Susan Webber Wright
                                       UNITED STATES DISTRICT JUDGE